**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 98-2561**

─────────

CHARLES A. RYAN, III,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

─────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-97-3548-AW)

─────────

Submitted:  May 28, 1999              Decided:  June 24, 1999

─────────

Before WIDENER and WILLIAMS, Circuit Judges, and HALL, Senior
Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Angelo I. Castelli, Thomas R. Jones, Greenbelt, Maryland, for
Appellant.  Lynne A. Battaglia, United States Attorney, Kaye A.
Allison, Assistant United States Attorney, Loretta C. Argrett,
Assistant Attorney General, Jonathan S. Cohen, John A. Dudeck, Jr.,
UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for
Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles A. Ryan, III, appeal from appeals the district court's orders: (1) granting summary judgment to the United States on his claim alleging wrongful disclosure of his tax return information in violation of 26 U.S.C. § 6103 (1994), and (2) denying his motion for recusal. Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ryan v. United States, No. CA-97-3548-AW (D. Md. Aug. 24, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2